IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Monte Lee Bridges,

    Plaintiff,                       No. CIV S-04-0274 FCD CMK P

    vs.

D.L. Runnels, et al.,

    Defendant.

_____/      ORDER

        Currently before the court is plaintiff's January 31, 2005 request to reinstate his motion for a preliminary injunction and his April 4, 2005 motion for "expedited action" on his request to reinstate his preliminary injunction.

        Plaintiff filed a motion for a preliminary injunction on January 12, 2005, seeking a court order that plaintiff be granted, among other things, permanent single cell status, classification as medically disabled, which would prevent him from working, and one hour of out-of-cell exercise daily, including during lock-down periods.

        The legal principles applicable to a request for injunctive relief are well established.  To prevail, the moving party must show either a likelihood of success on the merits and the possibility of irreparable injury, or that serious questions are raised and the balance of

hardships tips sharply in the movant's favor.  See Coalition for Economic Equity v. Wilson, 122 F.3d 692, 700 (9th Cir. 1997); Oakland Tribune, Inc. v. Chronicle Publ'g Co., 762 F.2d 1374, 1376 (9th Cir. 1985).  The two formulations represent two points on a sliding scale with the focal point being the degree of irreparable injury shown.  Oakland Tribune, 762 F.2d at 1376.  "Under any formulation of the test, plaintiff must demonstrate that there exists a significant threat of irreparable injury."  Id.  In the absence of a significant showing of possible irreparable harm, the court need not reach the issue of likelihood of success on the merits.  Id.

Here, plaintiff has not made a showing that he faces irreparable harm if injunctive relief is not granted.  Plaintiff makes several conclusory statements that if he is not granted single cell status, he "will be killed or forced to kill."   Similarly, plaintiff has not shown a likelihood of success on the merits of his claim.

IT IS ORDERED THAT his requests to reinstate his motion for injunctive relief (doc. 39) and to expedited action on his request for injunctive relief (doc. 41) are denied.

DATED:  May 9, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No. CIV |
| vs. | |
|  | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |
| _____ / | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____  completed summons form

    _____  completed USM-285 forms

    _____  copies of the _____
                     Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff