IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Monte Lee Bridges

    Plaintiff,                      No. CIV S-04-0274 FCD CMK

  vs.

D.L. Runnels, et al.,

    Defendants.                <u>ORDER AND ORDER TO SHOW CAUSE</u>

_____/

        By an order filed August 25, 2004, this court directed the United States Marshal to serve all process without prepayment of costs. On January 7, 2005, the waiver of service on defendant Exum was returned, indicating that defendant Exum waived service of a summons but had received a copy of the complaint in this action. Defendant Exum, although properly served,[1] has not yet filed a responsive pleading. Accordingly, IT IS HEREBY ORDERED that:

        1. Defendant Doctor Exum show cause, within twenty days from the date of this order, why default should not be entered;

        2. The Clerk of the Court shall forward a copy of this order to defendant Doctor Exum, 5950 Winding Canyon Drive, Las Vegas, Nevada 89120; and

---

[1] Court records indicate that defendant accepted service on December 27, 2004.

1

3. The Clerk of the Court is directed to serve a copy of this order on Constance L. Picciano, Supervising Deputy Attorney General.

DATED: July 21, 2005.

                                                 **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE