IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Monte Lee Bridges

    Plaintiff,                   No. CIV S-04-0274 FCD CMK P

    vs.

D.L. Runnels, et al.,

    Defendants.         <u>ORDER</u>

_____/

       Petitioner has filed a "Request for Rehearing" on August 4, 2005, which the court construes as a request for reconsideration of this court's order filed July 15, 2005 affirming the order of the magistrate judge filed on June 7, 2005. Petitioner has failed to demonstrate any new or different facts or circumstances which did not exist or were not shown upon the prior motion. <u>See</u> E.D. Local Rule 78-230(k). Accordingly, the motion for reconsideration is denied.

DATED:August 19, 2005

                                                        /s/ Frank C. Damrell Jr.
                                                        FRANK C. DAMRELL JR.
                                                        United States District Judge