BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
SANDRA L. LUSICH, State Bar No. 195995
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-6749
  Fax: (916) 324-5205

Attorneys for Defendants Baron, Briddle, Sandham,
Rohlfing, Exum and Bates
SA2004103371

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MONTE LEE BRIDGES,**<br><br>                              Plaintiff,<br><br>     v.<br><br> **D. L. RUNNELS, et al.,**<br><br>                              Defendants. | CIV-S-04-0274 FCD CMK P<br><br>**ORDER EXCUSING DEFENDANT EXUM FOR NOT TIMELY FILING A RESPONSIVE PLEADING AND PERMITTING HIM TO JOIN DEFENDANTS' OCTOBER 21, 2004 MOTION TO DISMISS** |

   The Court having considered Defendant Exum's response to the order to show cause, including the reasons why Defendant Exum did not timely respond to the complaint, and his request to join Defendants' motion to dismiss filed on October 21, 2004, and good cause

/ / /

/ / /

/ / /

1

1  therefore showing, Defendant Exum shall be excused for not timely filing his response to the
2  complaint, and shall be permitted to join Defendants' October 21, 2004, motion to dismiss.
3  IT IS SO ORDERED.
4  DATED: August 22, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

bridges_Join0274.wpd

2