IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE LEE BRIDGES,

      Plaintiff,                    No. CIV S-04-0274 FCD CMK P

      vs.

D.L. RUNNELS, et al.,

      Defendants.

_____/      ORDER

      Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). On November 8, 2005, plaintiff filed an opposition to defendants' answer to his complaint.

      Plaintiff is advised that an answer to a complaint is not a motion.  An answer is a pleading and a reply answer is not allowed unless the court orders the filing of a reply.  See Fed. R. Civ. P 7(a).  The court has not ordered plaintiff to reply to defendants' answer and declines to do so.  Plaintiff's unauthorized answer will be disregarded.

///

///

///

1         IT IS ORDERED THAT plaintiff's November 8, 2005 unauthorized opposition to
2  defendants' answer (doc. 63) will be disregarded.

4  DATED:   January 17, 2006.

         _____
         **CRAIG M. KELLISON**
         UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26