IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE LEE BRIDGES,

    Plaintiff,                    No. CIV S-04-0274 FCD CMK P

  vs.

D.L. RUNNELS. et al.,

    Defendants.

_____/    <u>ORDER</u>

        Plaintiff, a state prisoner proceeding without counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).  On September 13, 2006, an individual filed a letter in this action, apparently on behalf of plaintiff.  The letter claims that petitioner is not receiving necessary medications and is not receiving medical care.

        Good cause appearing, the court orders defendants to, within ten days from the date this order is filed, respond to the contentions in the letter regarding lack of medical treatment.

DATED:  September 26, 2006.

                                                             **CRAIG M. KELLISON**
                                                             UNITED STATES MAGISTRATE JUDGE