IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE LEE BRIDGES,

      Plaintiff,                          No. CIV S-04-0274 FCD CMK P

  vs.

D.L. RUNNELS, et al.,

      Defendants.

_____/      ORDER

        On September 15, 2006, plaintiff's friend filed a letter claiming that plaintiff was not receiving necessary medications and care at California State Prison–Los Angeles County in Lancaster California. Although third party requests are not valid legal filings under Rule 11, the court, in an abundance of caution, filed an order on September 26, 2006, directing defendants to respond to the letter's contentions. On October 4, 2006, the defendants filed a response.

        Defendants' response informs the court that plaintiff was hospitalized from July 30, 2006 to August 2, 2006 and has subsequently received quite a bit of medical care; for example, several visits to nurse practitioners and doctors are noted. Plaintiff filed a response to defendants' October 4, 2006 filing stating that the response was "largely true" but incomplete. (Doc. 86.) Plaintiff goes on to state in his response that while he is getting medical care, he is not satisfied with the care he is getting. He requests single cell status, Ativan (an anti-anxiety drug)

to be provided on an "as needed basis," and immediate consult with a plastic surgeon.

The court is satisfied that plaintiff is receiving proper medical care.

In light of the foregoing and in light of the requirement of Federal Rule of Civil Procedure 11(a) that, if a person is not represented by an attorney, all motions be signed by the party, IT IS ORDERED THAT the third party letter filed September 13, 2006 is disregarded.

DATED: October 27, 2006.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE