IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE LEE BRIDGES,

    Plaintiff,                  No. CIV S-04-0274 FCD CMK P

    vs.

D.L. RUNNELS, et al.,

    Defendants.

_____/      ORDER

    Defendants Baron, Briddle, Exum, and Sandham have requested a thirty day extension of time to file dispositive motions in this action.  Good cause appearing, plaintiffs are granted thirty days from the date this order is filed to file dispositive motions.

    IT IS SO ORDERED.

DATED:  November 8, 2006.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE