IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE LEE BRIDGES,

      Plaintiff,                    No. CIV S-04-0274 FCD CMK P

    vs.

D.L. RUNNELS, et al.,

      Defendants.

_____/      AMENDED ORDER

      Defendants Baron, Briddle, Exum, and Sandham have requested a thirty day extension of time to file dispositive motions in this action. Good cause appearing, defendants are granted thirty days from the date this order is filed to file dispositive motions.

      IT IS SO ORDERED.

DATED: November 13, 2006

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE