IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MONTE LEE BRIDGES,** | 2:04-cv-0274 FCD CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |
| **v.** | |
| **D. L. RUNNELS, et al.,** | |
| Defendants. | |

Defendants' second request for an extension of time to file dispositive motions was considered by the Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have a 30-day extension of time, from the date of service of this order, to file dispositive motions.

December 21, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Defendants an Extension of Time to File Dispositive Motions

1