IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE LEE BRIDGES,

    Plaintiff,                    No. CIV S-04-0274 FCD CMK P

    vs.

D.L. RUNNELS, et al.,

    Defendants.

_____/      <u>ORDER</u>

    Plaintiff has filed a motion requesting an extension of time to respond to defendants motion for summary judgment, which was filed on January 23, 2007. Good cause appearing, the court grants plaintiff's request.

    IT IS ORDERED that plaintiff is granted an extension of thirty days from the date this order is filed to file a response to the January 23, 2007 motion for summary judgment.

DATED: February 13, 2007.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE