IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE LEE BRIDGES,

    Plaintiff,                  No. CIV S-04-0274 FCD CMK P

    vs.

D.L. RUNNELS, et al.,

    Defendants.

_____/     <u>ORDER</u>

    Defendants have requested that in light of their pending motions for summary judgment that the court vacate the pretrial deadlines and trial date. Good cause appearing, the court will grant defendants' request.

    IT IS ORDERED that:

    1. The scheduling order in this matter is vacated.

    2. The court will reset pretrial deadlines and reset a trial date, if necessary, after ruling on the pending motions for summary judgment.

DATED: February 15, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE