# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE LEE BRIDGES,                           No. CIV S-04-0274-FCD-CMK-P

    Plaintiff,

  vs.                                                        <u>ORDER</u>

D.L. RUNNELS, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On May 10, 2007, the magistrate judge filed separate findings and recommendations (Docs. 113 and 114) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  Timely objections to the findings and recommendations have been filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 10, 2007 (Docs. 113 and 114), are both adopted in full;

2. Defendant Rohfing's motion for summary judgment (Doc. 89) is granted;

3. The motion of the remaining defendants for summary judgment (Doc. 102) is granted;

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: June 14, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE